# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ROJAS-REYES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B. M. TRATE, Warden,<br><br>　　　　　Respondent. | No. 1:23-cv-00988-JLT-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 5)<br><br>ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>[NO CERTIFICATE OF APPEALABILITY IS REQUIRED] |

　　　　Rafael Rojas-Reyes is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of mandamus pursuant to 28 U.S.C. § 1361.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The assigned magistrate judge issued findings and recommendations to dismiss the petition because mandamus is unavailable under the circumstances alleged in the petition.  (Doc. 5.)  No objections have been filed, and the deadline to do so has expired.

　　　　According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

　　　　In the event a notice of appeal is filed, a certificate of appealability will not be required

because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 12, 2023, (Doc. 5), are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.
3. The Clerk of Court is directed to enter judgment and close the case.
4. In the event a notice of appeal is filed, no certificate of appealability is required.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **August 29, 2023**

UNITED STATES DISTRICT JUDGE